U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 APR 28 AM 9: 50

CLERK
BY pjl
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

DARREN COUTURE,

   Plaintiff,

v.

Case No. 5:14-cv-00220

SUE BLAIR, Director of the Vermont State
Board of Parole; D. GEORGE, Vermont
State Parole Board Hearing Officer; P.
BOUCHER, Vermont State Parole Board
Hearing Officer; and P. OZAROWSKI,
Vermont State Parole Board Hearing Officer,

   Defendants.

**OPINION AND ORDER RE:**
**PLAINTIFF'S MOTION FOR DUAL MANDATORY AND PROHIBITORY**
**INJUNCTION**
**(Doc. 28)**

Plaintiff Darren Couture filed this 42 U.S.C. § 1983 action *pro se* against defendant parole board officers alleging constitutional violations arising from the revocation of his parole. He requests compensatory, declarative, and injunctive relief. Defendants moved to dismiss Couture's complaint for failure to state a claim upon which relief can be granted. (Docs. 18, 26.) Couture then filed this motion for injunctive relief, restating his alleged constitutional violations. He requests that the court: dismantle the current Vermont State Board of Parole; order the establishment of a new parole board composed of unbiased members; order the Vermont Legislature to rewrite the policies, directives, and procedures that govern the parole board; order the establishment of a parole board monitoring agency; grant Couture a new parole hearing before the unbiased parole board; enjoin defendants and the Department of Corrections from retaliating against Couture for his litigation; and remind the State that the revocation of parole is designed for those who cannot refrain from committing criminal behavior.

1

Because the court has granted defendants' motion to dismiss (Doc. 18) Couture's motion for dual mandatory and prohibitory injunction is denied as moot.

Dated at Rutland, in the District of Vermont, this 28th day of April, 2015.

_____
Geoffrey W. Crawford, Judge
United States District Court